AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Apr 5 2019
Clerk, U.S. District Court
Western District of Texas

By: *CR*
Deputy

**USA**

vs.

**(1) PAOLA LOZORIA**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:19-M -04040(1)**
§
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 03, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: " The DEFENDANT, Paola LOZORIA, an alien to the United States and a citizen of Mexico was found approximately .56 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of Texas. From statements "

Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

Signature of Complainant
Garcia, David
Border Patrol Agent

April 5, 2019
File Date

at EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 1:02 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:19-M -04040(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) PAOLA LOZORIA**

<u>FACTS   (CONTINUED)</u>

made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The Defendant has been previously removed from the United States to Mexico on January 24, 2019 through Brownsville, Texas. The Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

<u>IMMIGRATION HISTORY:</u>

**The DEFENDANT has been removed 3 time(s), the last one being to MEXICO on January 24, 2019, through Brownsville, Texas.**

<u>CRIMINAL HISTORY:</u>

**03/15/2009, Wichita, KS, DUI(M), CNV, 6 Months Confinement.**

**12/20/2011, Whichita, KS, Poss of Marijuana W/Intent(F), CNV, 6 Months Confinement.**

**12/20/2016, Brownsville, TX, 8 USC 1326(F), CNV, 148 Days Confinement.**